**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 01-6214

───────────

SANDRA TEEGARDEN,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-00-993-7)

───────────

Submitted: July 31, 2001          Decided: August 21, 2001

───────────

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge

───────────

Dismissed by unpublished per curiam opinion.

───────────

Sandra Teegarden, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sandra Teegarden seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Teegarden v. Angelone No. CA-00-993-7 (W.D. Va. Jan. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2